STANDARD FORM CONTRACT FOR ADOPTION OF AGREEMENT
OPERATIVE PLASTERERS AND CEMENT MASONS
INTERNATIONAL ASSOCIATION, LOCAL #143

33

(1) THIS AGREEMENT made and entered into this 12TH day of OCT., 19 97, by and between:

ARC CONST. CO. _____ Name of Company or Employer,

1745 S. KENTUCKY AV. BOX 2660 Address of Company or Employer,

EVANSVILLE, IND. _____ Telephone Number of Company or Employer; and Local Union #143, Operative Plasterers and Cement Masons' International Association, shall be effective on all present and future work performed within the geographical jurisdiction of Local #143, O.P. & C.M.I.A., and

(2) WHEREAS, Local Union #143 has consummated agreements through regular collective bargaining processes, with the major Contractor's Associations covering construction work within the above named geographical areas in Illinois, and a copy of said Agreement is attached herewith and incorporated herein by reference, and

(3) WHEREAS, the parties signatory to this agreement are desirous and willing to adopt the provisions of the above mentioned agreements. THEREFORE, It is further understood and agreed by and between the parties hereto as follows:

(4) That the parties hereto do hereby adopt all of the provisions and terms of the attached contract as the contract between the parties with respect to all of the conditions, wages, and terms of said contract and also with respect to the duration of said contract.

(5) The above named firm agrees to cover employees working under the terms of this agreement with (a) Workmen's Compensation Insurance, and (b) Illinois State Unemployment Compensation Insurance, as provided by The Unemployment Compensation Act.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially binds said parties under the provisions of this agreement.

SIGNED: This 12TH day of OCT., 19 97,

at _____, Illinois.

FOR THE CONTRACTOR:                    FOR THE UNION (LOCAL UNION #143; O.P.& C.M.I.A.
                                        Ronald Lades / Business Manager

EXHIBIT A